IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-02243-RBJ

INTEGRITY MEDICAL MANAGEMENT, LLC,

    Plaintiff,

v.

SURGICAL CENTER AT PREMIER, LLC,
SURGICAL CARE AFFILIATES, LLC,
BRIAN SHELTON, and
MICHAEL SIMPSON,

    Defendants,

SURGICAL CENTER AT PREMIER, LLC and
SURGICAL CARE AFFILIATES, LLC,

    Counterclaim Plaintiffs,

v.

INTEGRITY MEDICAL MANAGEMENT, LLC and
LEWIS NICHOLS,

    Counterclaim Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **seven day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **February 27, 2017 at 9:00 a.m.**

A Trial Preparation Conference is set for **February 3, 2016 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 12th day of February, 2016.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge